

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2020

No. 04-20-00380-CV

**IN RE W.W.**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-17241
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Liza A. Rodriguez, Justice

On July 31, 2020, this court issued its order denying Relator's petition for writ of mandamus and lifting this court's stay of the trial court's order at issue.

Real party in interest's motions (1) to vacate or modify the stay, (2) to strike Relator's petition for writ of mandamus, and (3) to require Relator to amend the record are DENIED AS MOOT.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of August, 2020.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court